# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 17, 2015

### NO. 03-13-00328-CR

**James Dwayne Hoisager, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 424TH DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES PEMBERTON, FIELD, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE BOURLAND**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgments of conviction. Therefore, the Court affirms the trial court's judgments of conviction. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.